STEVEN W. PITE (CA SBN 157537)
DAVID E. McALLISTER (CA SBN 185831)
ANGELA M. FONTANINI (CA SBN 259743)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

**FILED & ENTERED**

**MAY 04 2009**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY myoung   DEPUTY CLERK**

Attorneys for    RESIDENTIAL FUNDING COMPANY, LLC, its successors and/or assigns

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>EDWARD DEAN WALKER AND MARYANN WALKER,<br><br>Debtor(s) | Case No. 6:09-bk-15277-PC<br><br>Chapter 13<br><br>ORDER ON STIPULATION REGARDING TREATMENT OF CREDITOR'S CLAIM PURSUANT TO DEBTORS' MOTION TO AVOID LIEN<br><br>3420 Twelfth Street<br>Riverside, CA 92501-3819 |

Residential Funding Company, LLC, its successors and/or assigns, by and through its counsel of record, Angela M. Fontanini: Debtors, Edward Dean Walker and Maryann Walker, by and through her respective attorney of record, Gregory J. Doan; hereby stipulate to the Treatment of Creditor's Claim Pursuant to Debtors' Motion to Avoid Lien in regards to the Real Property commonly described as 14886 Curry Street, Moreno Valley, California 92553.

IT IS HEREBY ORDERED:

I.    The Stipulation Regarding Treatment of Creditor's Claim Pursuant to Debtors' Chapter 13 Plan that was filed on March 20, 2009 is hereby adopted as an Order of the Court.

DATED: May 4, 2009

_____
United States Bankruptcy Judge

- 1 -

# PROOF OF SERVICE OF ORDER

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

The foregoing document described ORDER ON STIPULATION REGARDING TREATMENT OF CREDITOR'S CLAIM PURSUANT TO DEBTORS' MOTION TO AVOID LIEN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On April 28, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 28, 2009 | THANH TRAN | /s/ Thanh Tran |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**SERVICE LIST**

**DEBTOR(S)**

Edward Dean Walker
Maryann Walker
14886 Curry Street
Moreno Valley, CA 92553

**DEBTOR(S) ATTORNEY**

Gregory J. Doan
25401 Cabot Rd Ste 119
Laguna Hills, CA 92653
Email: ecf@doanlaw.com

**CHAPTER 13 TRUSTEE**

Rod (PC) Danielson
4361 Latham Street, Suite 270
Riverside, CA 92501

**U.S. TRUSTEE**

U.S. Trustee
Department of Justice
3685 Main Street, Suite 300
Riverside, CA 92501

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ORDER ON STIPULATION REGARDING TREATMENT OF CREDITOR'S CLAIM PURSUANT TO DEBTORS' MOTION TO AVOID LIEN was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 28, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Chapter 13 Trustee (Rod Danielson)        notice-efile@rodan13.com
United States Trustee                     ustpregion16.rs.ecf@usdoj.gov
Debtor's Attorney (Gregory J. Doan)       ecf@doanlaw.com
Movant's Attorney (Angela M. Fontanini)   ecfcacb@piteduncan.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Edward Dean Walker
Maryann Walker
14886 Curry Street
Moreno Valley, CA 92553

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page